ion, tending to show that the gas ranges, the ubject of this action, were the property of he Northern Union Gas Company at the time hey were agreed to be conveyed to the plaintiff y the defendants, which agreement was afterards consummated. Upon the question of merer of the contract made between the parties n the subsequent warranty deed given by the efendant, this court, in the case of Wynne . Friedman (Dec. Term) 96 N. Y. Supp. 838, eld upon a similar state of facts that no merger ook place, and a judgment for the value of he ranges was affirmed. Judgment reversed, nd new trial ordered, with costs to appellant o abide the event.

In re OMPHALIUS et al. (Supreme Court, ppellate Division, Fourth Department. March 4, 1906.) In the matter of the application f Josephine M. Omphalius and others to comel George W. Pound, an attorney, to pay over ertain moneys, etc. No opinion. Motion to ismiss appeal granted, with $10 costs, unless he appellant shall, within 20 days from the ate of service of a copy of this order, toether with notice of entry thereof, file and erve the printed papers on appeal as provided y rule 41, and pay to the respondent's atorney $10 costs of this motion, in which event aid motion is denied, without costs.

O'REILLY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) Action by Mary A. O'Reilly, s administratrix, etc., against the Brooklyn Heights Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

PATTERSON, Appellant, v. JOHN H. WOODBURY DERMATOLOGICAL INSTITUTE, Respondent. (Supreme Court, Appelate Division, First Department. March 23, 1906.) Action by Benjamin Patterson against he John H. Woodbury Dermatological Institute. G. Bell, for appellant. R. S. Nichols, or respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEARSALL v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by David A. Pearsall against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents, upon the ground that evidence of the meaning and application of the ule relating to junctions was improperly excluded.

PEOPLE v. CONLON. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Proceeding by the people of the state of New York against Martin Conlon. No opinion. Motion denied, with leave to renew.

PEOPLE v. FAMILY FUND SOCIETY. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Proceeding by the people of the state of New York against the Family Fund Society. No opinion. Motion granted, with $10 costs.

PEOPLE v. FEDERAL BANK OF NEW York et al. (Supreme Court, Appellate Division, First Department. March 23, 1906.) Proceeding by the people of the state of New York against the Federal Bank of New York and others. I. L. Bamberger, for appellant Broadway Trust Co. S. F. Kneeland, for respondent Schlesinger. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE v. NOLAN. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Proceeding by the people of the state of New York against Thomas Nolan. No opinion. Motion granted. Order filed.

PEOPLE v. ROTHSCHILD. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Proceeding by the people of the state of New York against David Rothschild. No opinion. Motion granted. Order filed.

PEOPLE, Appellant, v. WOLF, Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Proceeding by the people of the state of New York against Simon Wolf. No opinion. Motion granted, and cause set down for Thursday, March 8, 1906.

PEOPLE ex rel. BENDER v. MILLIKEN et al. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Proceeding by the people of the state of New York, on the relation of Harry H. Bender, against Charles F. Milliken and others. No opinion. Motion denied.

PEOPLE ex rel. BOARD OF HEALTH OF VILLAGE OF FRIENDSHIP, Respondent, v. FRIEZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Proceeding by the people of the state of New York, on the relation of the board of health of the village of Friendship, against George W. Friez. No opinion. Motion for leave to appeal to Court of Appeals granted, and question to be reviewed certified to that court.

PEOPLE ex rel. BROWN, Appellant, v. BAKER et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Proceeding by the people of